**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DEBORAH PRISE and HEATHER RADY**<br>**on behalf of themselves and all employees**<br>**similarly situated,** | |
| **Plaintiffs,** | **Civil Action No. 06-1641** |
| **v.** | **Judge Joy Flowers Conti** |
| **ALDERWOODS GROUP, INC. and**<br>**SERVICE CORPORATION**<br>**INTERNATIONAL,** | |
| **Defendants.** | |

**ORDER OF COURT**

On this the 30th day of January, 2007, nunc pro tunc to the 16th day of January 2007, the

Court held a telephonic hearing regarding Defendants' Motion for Expedited and Limited Protective Order.

(Docket # 93.)  The Court hereby **ORDERS**:

(1)     That on January 31, 2007 at 5:00 pm, the Court will hear argument from the

parties regarding Defendants' Motion for Extension to Respond to Plaintiffs'

Motion for Expedited Collective Action Notification and for Court Conference

(Docket # 103).

(2)     That Defendants' Motion for Expedited and Limited Protective Order (Docket #

93) is **GRANTED** through at least February 16, 2007.  Accordingly, through at

least February 16, 2007, Plaintiffs, their counsel, or anyone acting on their behalf,

shall cease and desist from all mailings or distributions of letters or other notices

designed to solicit potential class members.  At the hearing on January 31, 2007 at

5:00 p.m., the Court will hear argument regarding the need to extend the

protections afforded by this paragraph of this Order beyond February 16, 2007.

The Court notes Plaintiffs' counsel's objection to the relief ordered in this paragraph of this Order.

(3)     That the statute of limitations applicable to claims under the Fair Labor Standards Act shall be tolled for members of the potential class from December 21, 2006 through February 16, 2007 for any client who becomes represented by Margolis Edelstein, Dolin, Thomas & Solomon LLP, Charles H. Saul, J. Nelson Thomas or Patrick J. Solomon, or any successor entities.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge