# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Prise, et al. | ) |
| Plaintiffs, | ) |
| vs. | ) Civil No. 06-1641 |
| Alderwoods Group, Inc., et al., | ) |
| Defendants. | ) |

Hearing on: Motion to Dismiss and to Strike Class Allegations

Before Judge Joy Flowers Conti

Patrick Solomon; Nelson Thomas          Matthew Lampe; Amy Dias

Charles Saul
 Attorney for Plaintiff                              Attorney for Defendant

Date 6-8-07
Hearing begun    2:15 p.m.          Hearing concluded    3:05 p.m.
Stenographer    Sandy Wenger         Clerk   Amelia Joiner

The court held a hearing on the defendants' motion to dismiss and to strike class allegations. As set forth more fully on the record, the court granted defendants' motion to dismiss and motion to strike class allegations [111]. The court set briefing dates related to plaintiffs' motion for expedited collective action notification [228]. Defendants shall respond on or before July 9, 2007. Plaintiffs shall reply by July 17, 2007.